UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

LIOBERTH OSVENCI MILLA
VILLAREAL,

                Petitioner,

v.

WARDEN, EDEN DETENTION
FACILITY,

                Respondent.

No.  6:26-CV-00058-H

### ORDER

Petitioner Lioberth Osvenci Milla Villareal, a self-represented immigrant detainee, filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention in the Eden Detention Center pending removal proceedings.  Dkt. No. 5.  He seeks release from detention.

Respondent filed a response along with relevant records, urging the Court to deny the petition.  Dkt. Nos. 10, 11.  Respondent contends that Petitioner is subject to mandatory detention as an arriving alien and applicant for admission under 8 U.S.C. § 1225, so he is ineligible for release.  Respondent also argues that Petitioner's detention pending his removal proceedings does not otherwise offend the Due Process Clause.  Petitioner filed a reply, disputing Respondent's contentions and reasserting his request for release.

The Court has reviewed Petitioner's pleadings and Respondent's response with the attached records.  Based upon the facts and the law set forth in Respondent's response and supported by the relevant records, the Court finds that Petitioner is not entitled to federal habeas relief.  The Court has consistently found, in cases indistinguishable from this one,

that arriving aliens and applicants for admission like Petitioner are properly detained without bond under Section 1225, and that the Fifth Amendment does not require release under these circumstances.[1]  Thus, the petition for writ of habeas corpus is denied, and this civil action is dismissed.

So ordered.

The Court will enter judgment accordingly.

Dated June 30, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge

---

[1] *See, e.g.*, *Higareda-Cano v. Noem*, No. 1:25-CV-225, 2026 WL 274495 (N.D. Tex. Jan. 30, 2026); *Goyo Martinez v. Villegas*, No. 1:25-CV-256, 2026 WL 114418 (N.D. Tex. Jan. 15, 2026); *Garibay-Robledo v. Noem*, 814 F. Supp. 3d 747 (N.D. Tex. 2026); *Gomez Hernandez v. Lyons*, No. 1:25-CV-216, 2026 WL 31775 (N.D. Tex. Jan. 6, 2026); *Zuniga v. Lyons*, 814 F. Supp. 3d 685 (N.D. Tex. 2025).